IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 DEC 16  A 9:23

[illegible stamp]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Thomas J Cozart )
_____ )
Full name and prison number )
of plaintiff(s) )
)                         CIVIL ACTION NO. 3:05CV1200-T
v. )                      (To be supplied by Clerk of
)                         U.S. District Court)
Lee County Detention )
Facility, all staff on )
Duty 10-15-2005 - 10-16 )
10-17 2005 - 10-27-2005 )
)
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiff(s) _____

           _____

           Defendant(s) _____

           _____

        2. Court (if federal court, name the district; if
           state court, name the county) _____

           _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Center_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Lee County Detention County Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                          ADDRESS

1. _Scroggins_
2. _Entire Staff at detention Center_
3. _Shift on day of 10-15-2005, 10-16-05, 10-17-05_
4. _Night Shift 10-15-05, 10-16-05, 10-17-05_
5. _Attending physician (Doctor)_
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Started on 10-15-2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Guards passed out used + contaminated Razors on said day staff infection set in imediatly and worsened with no medical attention for 3 days, have documented incident,_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

10-15-2005 Dirty & contaminated & used razors were passed out by scoggins, Infection set in imediatily I was in serious pain & suffering with no medical attention for three days my entire face mouth & throat swelled shut

**GROUND TWO:** where I couldnt even eat for 3 days

**SUPPORTING FACTS:** I have scars, medical records & numerous witness all the inmates of F4 at the time of incident and F2 F6 = F3 I'm permantly disfigured from the incident. Staff infection is common in this place

**GROUND THREE:** Living conditions are substandard and uncleaned & unmaintenanced

**SUPPORTING FACTS:** Food given is nowhere near adiquete, Meat is almost never seen on trays breakfast, lunch, or dinner, Breakfast is one spoonful of eggs, about 3 spoonful of grit and a hard peice of toast, A Bologna or Peanutbutter Sandwich for lunch, Beans, rice, and or greeens for dinner no meat. Water only to drink

I am permantly scared also can not grow facial hair in a large part of my chin. I also have a dimple where the Doctor cut me with no anisthia and I have no feeling in a large portion of my face and chin because of gross Negligence.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

$500,000 Monetary payment for pain & suffering and scaring, and should be evaluated by Federal Health authority & officeals for evaluation, improper mangement

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  10-27-2005  .
             (Date)

_____
Signature of plaintiff(s)

4