IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THOMAS J. COZART, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEE COUNTY DETENTION ) <br> FACILITY, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 3:05cv1200-MHT <br> (WO) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this date adopting the recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that this case is DISMISSED without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to prosecute this action.

Done this 16th day of February, 2006.

                                                    /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE